UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SHOLL, II., | No. 2:20-cv-0958 CKD P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

Petitioner, a state prisoner at Salinas Valley State Prison, has filed a request for an extension of time to file an application for writ of habeas corpus. Nothing else has been filed. The court assumes petitioner is requesting that the court either toll the applicable limitations period found in 28 U.S.C. § 2244 or extend it which the court cannot do. The court cannot take any action until an actual petition for writ of habeas corpus is filed, and petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a).

Good cause appearing, IT IS HEREBY ORDERED that

1. Petitioner is granted thirty days to file a petition for writ of habeas corpus that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The petition must bear the docket number assigned this case. Failure to file a petition within 30 days will result in this case being closed.

2. Petitioner shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $5.00.  Petitioner's failure to do so will result in a recommendation that this matter be dismissed.

3. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus, and the application to proceed in forma pauperis by a prisoner.

Dated:  May 14, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
shol0958.no petition