UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SHOLL, II., | No.  2:20-cv-0958 CKD P |
| Petitioner, | |
| v. | ORDER AND |
| UNKNOWN, | FINDINGS AND RECOMMENDATIONS |
| Respondent. | |

On May 14, 2020, the court granted petitioner 30 days to: (1) file a petition for writ of habeas corpus; and (2) submit an application to proceed in forma pauperis or pay the filing fee. Petitioner was warned that failure to do so would result in a recommendation that this action be dismissed.  Petitioner has not filed a petition for writ of habeas corpus, filed an application to proceed in forma pauperis, or paid the filing fee.

Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case.

IT IS HEREBY RECOMMENDED that this case be closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Petitioner is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 26, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
shol0958.frs