UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SHOOL, II,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Respondent. | No. 2:20-cv-00958-TLN-CKD<br><br>**ORDER** |

　　　　Petitioner Brian Shool, II ("Petitioner") is a state prisoner proceeding *pro se*. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 26, 2020, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 5.) Petitioner has not filed any objections to the findings and recommendations.

　　　　Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

1

1    Having reviewed the file under the applicable legal standards, the Court finds the Findings
2    and Recommendations to be supported by the record and by the magistrate judge's analysis.
3    Pursuant to Rule 11(a) of the Federal Rules Governing Section 2254 Cases, the Court has
4    considered whether to issue a certificate of appealability.  Before Petitioner can appeal this
5    decision, a certificate of appealability must issue.  *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).
6    Where the petition is denied on the merits, a certificate of appealability may issue under 28
7    U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a
8    constitutional right."  28 U.S.C. § 2253(c)(2).  The Court must either issue a certificate of
9    appealability indicating which issues satisfy the required showing or must state the reasons why
10   such a certificate should not issue.  *See* Fed. R. App. P. 22(b).  Where the petition is dismissed on
11   procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that
12   jurists of reason would find it debatable whether the district court was correct in its procedural
13   ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid
14   claim of the denial of a constitutional right.'"  *Morris v. Woodford*, 229 F.3d 775, 780 (9th Cir.
15   2000) (quoting *Slack v. McDaniel*, 529 U.S. 473, 120 S. Ct. 1595, 1604 (2000)).
16   For the reasons set forth in the magistrate judge's Findings and Recommendations (ECF
17   No. 5), the Court finds that issuance of a certificate of appealability is not warranted in this case.
18   Accordingly, IT IS HEREBY ORDERED that:
19   1.  The Findings and Recommendations filed June 26, 2020 (ECF No. 5) are adopted in
20   full;
21   2.  Petitioner's action is DISMISSED;
22   3.  The Court declines to issue the certificate of appealability referenced in 28 U.S.C.
23   § 2253; and
24   4.  The Clerk of the Court is directed to close this case.
25   IT IS SO ORDERED.
26   DATED:  August 30, 2020

Troy L. Nunley
United States District Judge